Michele Ballard Miller (SBN 104198)
Kerry McInerney Freeman (184764)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants CHEVRONTEXACO
GLOBAL TECHNOLOGY SERVICES and
CHEVRONTEXACO OVERSEAS PETROLEUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD McLAUGHLIN,<br><br>Plaintiff(s),<br><br>v.<br><br>CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES; CHEVRONTEXACO OVERSEAS PETROLEUM; DOES 1-10, exclusive,<br><br>Defendant(s). | Case No. C 05-02190 JL<br><br>**STIPULATED REQUEST FOR AN ORDER TO STAY LITIGATION PENDING EXHAUSTION OF DEFENDANTS' INTERNAL ALTERNATIVE DISPUTE RESOLUTION PROCEDURES**<br><br><br>Complaint filed: May 27, 2005 |

Defendants CHEVRONTEXACO GLOBAL TECHNOLOGY SERVICES and CHEVRONTEXACO OVERSEAS PETROLEUM (for the purposes of this pleading referred to as "Defendants") and Plaintiff Edward McLaughlin, through their respective attorneys, hereby join in this stipulated request to stay this litigation for six months while the parties attempt to resolve this matter by exhausting Defendants' internal alternative dispute resolution procedures.

After receiving Plaintiff's Complaint, Defendants communicated to Plaintiff regarding their position that Defendants' employees are subject to Defendants' mandatory

1  internal grievance procedure entitled "Steps to Employee Problem Solution Process"
2  ("STEPS").  (Declaration of Kerry McInerney Freeman In Support Of The Parties' Stipulated
3  Request For An Order To Stay Litigation Pending Exhaustion Of Defendants' Internal
4  Alternative Dispute Resolution Procedures ("Freeman Dec."), filed herewith, at ¶3).

6       In the interest of judicial economy and the spirit of cooperation, Defendants
7  proposed that Plaintiff stipulate to staying the litigation to allow the parties to exhaust the
8  STEPS procedures, and Plaintiff agreed.  (Freeman Dec., ¶4.)  The parties, who have
9  already engaged in a mediation before Mark Rudy, anticipate that exhaustion of the STEPS
10 proceedings will take approximately six months, and therefore request to stay this litigation
11 for six months.  (Freeman Dec., ¶5.)

13 Dated:  August 4, 2005       MILLER LAW GROUP
     Professional Corporation

15      By:_____//s//_____
     Kerry McInerney Freeman
16      Attorneys for Defendants
     CHEVRONTEXACO GLOBAL
17      TECHNOLOGY SERVICES and
     CHEVRONTEXACO OVERSEAS
18      PETROLEUM

20 Dated:  August 4, 2005       HIGHMAN, HIGHMAN & BALL

22      By:_____//s//_____
     Bruce J. Highman
     Attorneys for Plaintiff
23      EDWARD McLAUGHLIN

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

# **ORDER**

PURSUANT TO THE PARTIES' STIPULATED REQUEST, IT IS ORDERED that litigation in this matter will be stayed for six months following service of this Order while the parties attempt to resolve this matter by exhausting Defendant's internal alternative dispute resolution procedures.

DATE: August 10, 2005    _____
Honorable James Larson



024.004.87

3
**STIPULATED REQUEST FOR AN ORDER TO STAY LITIGATION
Case No. C 05-02190 JL**