ORIGINAL

FILED
NOV 1 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
NOV 1 6 2005

E-filing

1  LOUIS A. HIGHMAN, CBN 60496
   BRUCE J. HIGHMAN, CBN 101760
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone: (415) 982-5563
   Fax: (415) 982-5202
5
   Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 EDWARD MCLAUGHLIN,                      No. C05-2190 MHP

11        Plaintiff,                        STIPULATION FOR LEAVE TO
                                            FILE FIRST AMENDED AND
12        -v-                               SUPPLEMENTAL COMPLAINT;
                                            ORDER
13 CHEVRONTEXACO GLOBAL
   TECHNOLOGY SERVICES;
14 CHEVRONTEXACO OVERSEAS
   PETROLEUM;
15 DOES 1-10, exclusive,

16        Defendants.

17

18       The parties hereto, by and through their respective attorneys, hereby stipulate that plaintiff

19 shall have leave to file the First Amended and Supplemental Complaint, a true and correct copy of

20 which is attached hereto as Exhibit 1. The stay of litigation which the Court ordered on August 10,

21 2005, pursuant to the parties' stipulation, remains in effect. As such, Defendants are not obligated

22 to file a response to Plaintiff's First Amended and Supplemental Complaint unless and until the stay

23 has been lifted. In the event the stay is lifted, the parties agree that Defendants' response shall be

24 /

25 /

26 /

27 /

28 /

                                                    1
Stipulation for Leave to File First Amended and Supplemental Complaint; Order - No. C 05 02910 MHP

1 | due within 30 days of receiving notice that the stay was lifted.

2 | DATED: November 10, 2005

HIGHMAN, HIGHMAN & BALL
A Professional Law Association

By *Bruce J. Highman*
Bruce J. Highman
Attorneys for Plaintiff

7 | DATED: November 11, 2005

MILLER LAW GROUP

By *Kerry McInerney Freeman*
Kerry McInerney Freeman
Attorneys for Defendants

ORDER

So ordered.

DATED: November 15, 2005

Honorable Marilyn H. Patel
United States District Court Judge

---

2
Stipulation for Leave to File First Amended and Supplemental Complaint; Order - No. C 05 02910 MHP