1  Louis A. Highman (SBN 61703)
   Bruce J. Highman (SBN 101760)
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone: (415) 982-5563
   Fax: (415) 982-5202
5
   Attorneys for Plaintiff
6
   Michele Ballard Miller (SBN 104198)
7  Kerry McInerney Freeman (SBN 184764)
   Lisa C. Hamasaki (SBN 197628)
8  MILLER LAW GROUP
   A Professional Corporation
9  500 Sansome Street, Suite 400
   San Francisco, CA 94111
10 Telephone: (415) 464-4300
   Fax: (415) 464-4336
11
   Attorneys for Defendants CHEVRON GLOBAL
12 TECHNOLOGY SERVICES COMPANY (f/k/a
   ChevronTexaco Global Technology Services
13 Company) and CHEVRON U.S.A. INC.

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17 EDWARD MCLAUGHLIN,                     No. C 05 02190 MHP

18        Plaintiff,                      STIPULATION TO CONTINUE
                                          CASE MANAGEMENT
19   -v-                                  CONFERENCE; ORDER

20 CHEVRON GLOBAL TECHNOLOGY
   SERVICES; CHEVRONTEXACO
21 OVERSEAS PETROLEUM;
   DOES 1-10, exclusive,
22
          Defendants.
23

24 _____The parties hereto, by and through their respective attorneys, hereby stipulate to continuing

25 /

26 /

27 /

28 /

                                    1

1    the case management conference from August 4, 2008, to August 25, 2008, at 3:00 p.m.

2    DATED: June _____, 2008

                                                HIGHMAN, HIGHMAN & BALL

3                                                A Professional Law Association

4

5                                     By /s/ Bruce J. Highman

6                                             Bruce J. Highman
                                            Attorneys for Plaintiff

7    DATED: June _____, 2008

8                                               MILLER LAW GROUP

9

10                                   By /s/ Michele Ballard Miller
                                            Michele Ballard Miller

11                                              Attorneys for Defendants

                                       ORDER

12

13       So ordered.

14            July 10,
   DATED:  ~~June~~ _____, 2008

15

16                              IT IS SO ORDERED

                                Judge Marilyn H. Patel

17

18

19

20

21

22

23

24

25

26

27

28