Case 3:05-cv-02190-MHP   Document 28   Filed 08/07/2008   Page 1 of 2

1  Michele Ballard Miller (CSBN 104198)
   Lisa C. Hamasaki (CSBN 197628)
2  Kerry McInerney Freeman (CSBN 184764)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendant CHEVRON GLOBAL
   TECHNOLOGY SERVICES COMPANY, formerly
7  Known as ChevronTexaco Global Technology Services
   Company, and CHEVRON U.S.A. INC.
8

9  Louis A. Highman (SBN 61703)
   Bruce J. Highman (SBN 101760)
10 HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
11 870 Market Street, Suite 467
   San Francisco, CA 94102
12 Tel. (415) 982-5563
   Fax (415) 982-5202
13
   Attorneys for Plaintiff
14

**FILED**
AUG 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD McLAUGHLIN,<br><br>Plaintiff(s),<br><br>v.<br><br>CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (f/k/a ChevronTexaco Global Technology Services Company); CHEVRON U.S.A. INC.; DOES 1-20, exclusive,<br><br>Defendant(s). | Case No. C 05-02190 MHP<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING ONE MONTH**<br><br>Complaint filed:   November 21, 2005 |

Pursuant to Rule 6-1 of the Northern District Local Rules, Defendants CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (f/k/a ChevronTexaco Global

---
1
**STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING ONE MONTH**
Case No. C 05-02190 MHP

Technology Services Company) and CHEVRON U.S.A. INC. (for the purposes of this pleading referred to as "Defendants") and Plaintiff Edward McLaughlin, through their respective attorneys, hereby join in this stipulation to extend Defendants' time to respond to Plaintiff's Complaint one month, from August 8, 2008 to September 8, 2008.

This responsive pleading deadline will allow the parties to finalize the settlement agreement they have tentatively reached, and will not alter the date of any event or any deadline already fixed by Court order.

Dated: August 6, 2008

MILLER LAW GROUP
Professional Corporation

By: /s/
Kerry McInerney Freeman
Attorneys for Defendants
CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (f/k/a ChevronTexaco Global Technology Services Company); CHEVRON U.S.A. INC.

Dated: August 6, 2008

HIGHMAN, HIGHMAN & BALL

By: /s/
Bruce J. Highman
Attorneys for Plaintiff
EDWARD McLAUGHLIN

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE

8/8/08
DATE

2

STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING ONE MONTH
Case No. C 05-02190 MHP