Case 3:05-cv-02190-MHP   Document 29   Filed 08/07/2008   Page 1 of 3

1  Michele Ballard Miller (SBN 104198)
   Lisa C. Hamasaki (SBN 197628)
2  Kerry McInerney Freeman (184764)
   MILLER LAW GROUP
3  A Professional Corporation
   60 E. Sir Francis Drake Blvd., Ste. 302
4  Larkspur, CA 94939
   Tel. (415) 464-4300
5  Fax (415) 464-4336

6  Attorneys for Defendant CHEVRON GLOBAL
   TECHNOLOGY SERVICES COMPANY, formerly
7  known as ChevronTexaco Global Technology Services
   Company, and CHEVRON U.S.A. INC.
8

9  Louis A. Highman (SBN 61703)
   Bruce J. Highman (SBN 101760)
10 HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
11 870 Market Street, Suite 467
   San Francisco, CA 94102
12 Tel. (415) 982-5563
   Fax (415) 982-5202
13
   Attorneys for Plaintiff
14

FILED
AUG 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 | EDWARD McLAUGHLIN,                                | Case No. C 05-02190 MHP
19 |                                                    | **STIPULATED REQUEST FOR AN ORDER REMOVING CALENDAR ITEMS DUE TO IMPENDING SETTLEMENT**
20 |         Plaintiff(s),                              |
21 | v.                                                 |
22 | CHEVRON GLOBAL TECHNOLOGY                          |
23 | SERVICES COMPANY (f/k/a ChevronTexaco Global Technology Services Company); | Complaint filed:   May 27, 2005
24 | CHEVRON U.S.A. INC.; DOES 1-20, exclusive,         |
25 |         Defendant(s).                              |

1  Defendants CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY
2  (f/k/a ChevronTexaco Global Technology Services Company) and CHEVRON U.S.A. INC.
3  (for the purposes of this pleading referred to as "Defendants") and Plaintiff Edward
4  McLaughlin, through their respective attorneys, hereby join in this stipulated request to
5  remove from the Court's calendar the dates currently scheduled for a Case Management
6  Conference (August 25, 2008) and the related Joint Case Management Conference
7  Statement (due ten days prior to the conference) because the parties have reached a
8  tentative agreement to settle Plaintiff's claims. This stipulated request is made with the
9  understanding that these items can be added to the Court's calendar at a later time, at one
10 or both of the parties' request, in the unlikely event that the parties do not finalize their
11 settlement agreement.

13 Dated: August 6, 2008                MILLER LAW GROUP
                                        Professional Corporation

15                                      By:_____/s/_____
                                           Kerry McInerney Freeman
16                                         Attorneys for Defendants
                                           CHEVRON GLOBAL TECHNOLOGY
17                                         SERVICES COMPANY (f/k/a
                                           ChevronTexaco Global Technology
18                                         Services Company); CHEVRON U.S.A.
                                           INC.

20 Dated: August 6, 2008                HIGHMAN, HIGHMAN & BALL

22                                      By:_____/s/_____
                                           Bruce J. Highman
23                                         Attorneys for Plaintiff
                                           EDWARD McLAUGHLIN

## ORDER

PURSUANT TO THE PARTIES' STIPULATED REQUEST, IT IS ORDERED that the dates currently scheduled for a Case Management Conference (August 25, 2008) and the related Joint Case Management Conference Statement (due ten days prior to the conference) be removed from the Court's calendar because the parties have reached a tentative agreement to settle Plaintiff's claims. These items can be added to the Court's calendar at a later time, at one or both of the parties' request, if the parties do not finalize their settlement agreement.

DATE: 8/8/08

Honorable Marilyn Hall Patel