Michele Ballard Miller (CSBN 104198)
Lisa C. Hamasaki (CSBN 197628)
Kerry McInerney Freeman (CSBN 184764)
MILLER LAW GROUP
A Professional Corporation
60 E. Sir Francis Drake Blvd., Ste. 302
Larkspur, CA 94939
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY, formerly Known as ChevronTexaco Global Technology Services Company, and CHEVRON U.S.A. INC.

Louis A. Highman (SBN 61703)
Bruce J. Highman (SBN 101760)
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Tel. (415) 982-5563
Fax (415) 982-5202

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD McLAUGHLIN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (f/k/a ChevronTexaco Global Technology Services Company); CHEVRON U.S.A. INC.; DOES 1-20, exclusive,<br><br>　　　　Defendant(s). | Case No. C 05-02190 MHP<br><br>**STIPULATION TO FURTHER EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING**<br><br>Complaint filed:　November 21, 2005 |

　　　　Pursuant to Rule 6-1 of the Northern District Local Rules, Defendants CHEVRON GLOBAL TECHNOLOGY SERVICES COMPANY (f/k/a ChevronTexaco Global

Technology Services Company) and CHEVRON U.S.A. INC. (for the purposes of this pleading referred to as "Defendants") and Plaintiff Edward McLaughlin, through their respective attorneys, hereby join in this stipulation to extend Defendants' time to respond to Plaintiff's Complaint by two weeks, from September 8, 2008 to September 22, 2008.

This responsive pleading deadline will allow the parties to finalize the settlement agreement they have tentatively reached, and will not alter the date of any event or any deadline already fixed by Court order.

Dated:  September 8, 2008          MILLER LAW GROUP
                                   Professional Corporation


                                   By:_____/S/_____
                                       Michele Ballard Miller
                                       Attorneys for Defendants
                                       CHEVRON GLOBAL TECHNOLOGY
                                       SERVICES COMPANY (f/k/a
                                       ChevronTexaco Global Technology
                                       Services Company); CHEVRON U.S.A.
                                       INC.

Dated:  September 8, 2008          HIGHMAN, HIGHMAN & BALL


                                   By:_____/S/_____
                                       Bruce J. Highman
                                       Attorneys for Plaintiff
                                       EDWARD McLAUGHLIN

**IT IS SO ORDERED**

Judge Marilyn H. Patel

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2
**STIPULATION TO FURTHER EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING**
**Case No. C 05-02190 MHP**